**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HUGUETTE NICOLE YOUNG,

                Plaintiff,

-against-                      20 **CIVIL** 8252 (PAE)(SLC)

## **JUDGMENT**

LETITIA JAMES, in her official capacity as
Attorney general of New York,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 9, 2021, James's motion is granted and this action is dismissed without prejudice, for lack of subject-matter jurisdiction; accordingly, this case is closed.

**Dated:** New York, New York

      July 9, 2021

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                       **BY:**
                                                    K. Mango
                                                  **Deputy Clerk**